Brink's, Inc., and Brink's Express Company, v. Elizabeth Gravesen and The Trust Company of Chicago, Guardians of Estate of Carl Gravesen, Minor, Appellees. Lou Nathanson, Appellant.

Gen. No. 41,470.

MATCHETT, J., dissenting.

opinion filed April 14, 1941. Russell F. Locke,

for appellant; Ryan, Sinnott & Miller, for certain appellees.  Opinion by
PRESIDING JUSTICE O'CONNOR.  ''Not to be published in full.''